1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFFREY A. BACKHUA (CABN 200177)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5080
7       FAX: (408) 535-5066
        jeffrey.backhus@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,           )  CASE NO. CR 20-mj-70852-MAG
                                       )
14         Plaintiff,                  )  STIPULATION AND [PROPOSED] ORDER AS TO
                                       )  WAIVER OF TIME AND TO CONTINUE
15     v.                              )  ARRAIGNMENT
                                       )
16 JOHN ANTHONY BLAS-RODRIGUEZ,        )
                                       )
17         Defendant.                  )
                                       )
18

19     The United States, by and through its counsel of record, and defendant, John Anthony Blas-

20 Rodriguez, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

21     Whereas, defendant currently has a preliminary hearing/arraignment on an anticipated Indictment

22 or Information scheduled for April 1, 2021.

23     Whereas, the parties request that defendant's preliminary hearing/arraignment on an anticipated

24 Indictment or Information be continued to April 29, 2021, at 1:00 p.m.

25     Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time

26 for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed

27 within 30 days of arrest). The Parties further agree that this waiver of time is necessary for review of

28 discovery by the defense and to discuss possible pre-indictment resolution of the case, but the Parties also

1  agree and acknowledge that an agreement may not be reached.

2  Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b)
3  and Rule 5.1(c), specifically, that time be waived from April 1, 2021 to April 29, 2021, for purposes of 18
4  U.S.C. § 3161(b) and Rule 5.1(c), and that the preliminary hearing need not occur until April 1, 2021, and
5  that the government need not file an information or indictment until April 29, 2021.

6  Whereas, the Parties agree that defendant's preliminary hearing or arraignment on the information
7  or indictment should be continued from April 1, 2021 to April 29, 2021, at 1:00 p.m.

8
9                                              Respectfully submitted,
10 DATED: March 30, 2021                        STEPHANIE M. HINDS
                                                Acting United States Attorney
11
12                                              /s/ Jeffrey A. Backhus
                                                JEFFREY A. BACKHUS
13                                              Assistant United States Attorney

14
15
16 DATED: March 30, 2021
17                                              /s/ Dejan Gantar
                                                DEJAN GANTAR
18                                              Assistant Federal Public Defender
                                                Attorney for John Anthony Blas-
19                                              Rodriguez

[~~PROPOSED~~] ORDER

Upon agreement and stipulation of the United States, the defendant John Anthony Blas-Rodriguez, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from April 1, 2021 to April 29, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until April 29, 2021, and that the government need not file an information or indictment until April 29, 2021. Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from April 1, 2021 to April 29, 2021, at 1:00 p.m.

IT IS SO ORDERED.

DATED: March 31, 2021

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge